**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**RAYMOND C. MILLER, SR.,**

        **Plaintiff,**

       v.                          9:10-CV-0983 (NAM/RFT)

**RANDY Bouchard**, Jail Administrator,
St. Lawrence County Correctional Facility**,**
**DAN Dominie**, Assistant Jail Administrator,
**PEGGY Harper**, Sergeant/Grievance
Coordinator, St. Lawrence County Correctional
Facility,

        **Defendants.**
_____

**APPEARANCES:**                      **OF COUNSEL:**

**RAYMOND MILLER, SR.**
11-A-5212
Attica Correctional Facility
Box 149
Attica, New York 14011
Plaintiff, *pro se*

**HANCOCK, ESTABROOK LAW FIRM**    **ZACHARY M. MATTISON, ESQ.**
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13221
Attorneys for Defendants

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 4th day of March 2013.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 43) is granted, and this entire action is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:   March 26, 2013
             Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge